UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
——————————————————————x
JOAQUIN CAPEHART,                                    Civil Action No. 1:23-cv-0867

        Plaintiff,

  -against-

ASTORIA PROVISIONS, LLC and                **NOTICE OF VOLUNTARY DISMISSAL**
CORNER BUILDING CORP.,

        Defendants.
——————————————————————x

Plaintiff, Joaquin Capehart, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: February 28, 2025

By: _____

Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC.
592 Pacific Street, 1st Floor
Brooklyn, New York 11217
(917) 602-6057